B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rakos, Michael D.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rakos, Sharon L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2851** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0121** |
| Street Address of Debtor (No. and Street, City, and State):<br>**13225 Wood Duck Dr.**<br>**Plainfield, IL**<br>ZIP Code **60585** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**13225 Wood Duck Dr.**<br>**Plainfield, IL**<br>ZIP Code **60585** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)  (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rakos, Michael D.** |
| | **Rakos, Sharon L.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Kent A. Gaertner**                    **June 22, 2012**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Kent A. Gaertner** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____
           (Name of landlord that obtained judgment)

           _____
           (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rakos, Michael D.**<br>**Rakos, Sharon L.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael D. Rakos**
Signature of Debtor **Michael D. Rakos**

X **/s/ Sharon L. Rakos**
Signature of Joint Debtor **Sharon L. Rakos**

Telephone Number (If not represented by attorney)

**June 22, 2012**
Date

### Signature of Attorney*

X **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**June 22, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Michael D. Rakos**
**Sharon L. Rakos**

Debtor(s)

Case No. _____

Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                        Page 2

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Michael D. Rakos**
                       _____
                       **Michael D. Rakos**

Date:   **June 22, 2012**
        _____

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Michael D. Rakos**
       **Sharon L. Rakos**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                        Page 2

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Sharon L. Rakos**
                      **Sharon L. Rakos**

Date:   **June 22, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Michael D. Rakos,**
        **Sharon L. Rakos**

Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 900,000.00 | | |
| B - Personal Property | Yes | 4 | 12,554.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,214,937.87 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 3,551,972.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,573.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,398.00 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 912,554.00 | | |
| Total Liabilities | | | | 4,766,910.36 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Michael D. Rakos,**                                    Case No. _____
         **Sharon L. Rakos**

                                                    ,    Chapter_____**7**_____
                                          Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Michael D. Rakos,**                                                    Case No. _____
         **Sharon L. Rakos**
_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 13225 Wood Duck Dr., Plainfield IL 60585 Single Family Residence at 13225 Wood Duck Dr., Plainfield, Il. 60585** | **Tenants By the Entirties** | **J** | **900,000.00** | **1,174,906.00** |

|  | Sub-Total > | **900,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **900,000.00** |  |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Michael D. Rakos,**                                      Case No. _____
       **Sharon L. Rakos,**

_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Location: 13225 Wood Duck Dr., Plainfield IL 60585 CAsh on Hand** | **J** | **200.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BMO-Harris Bank checking account ending in #040** | **J** | **200.00** |
| | | **BMO-Harris Checking Account ending in #839** | **W** | **900.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Location: 13225 Wood Duck Dr., Plainfield IL 60585 Bedroom sets (5), dining set, kitchenette, couches (2), TV.'s (4-43",40',and 2 @ 32"), tables lamps, kitchen utensils, lawn care equipment.  All furniture is 10 to 20 years old.** | **J** | **2,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | | **Location: 13225 Wood Duck Dr., Plainfield IL 60585 Wedding Bands, watches,** | **J** | **2,000.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Northwestern Mutual Life Ins. Policy ending in 850-Policy premiums are paid by policy earning so there is no CSV. Spouse is beneficiary.** | **J** | **0.00** |
| | | **Northwestern Mutual Life Ins. Policy ending in #403- Policy premiums are paid by policy earning so there no CSV.  Spouse is beneficiary.** | **J** | **0.00** |

Sub-Total >      **5,800.00**
(Total of this page)

  3   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael D. Rakos,**
**Sharon L. Rakos**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Fifty per cent of issued and outstanding shares of DreamREHoldings Inc. Corporatin holds title to 9 acre vacant parcel at Remington Blvd and Veterens Pkwy in Bolingbrook, Il. FMV of property approximately $1.7 million. Liens against the property total 2.4 million. Corporation also owns a duplex unit at 13212 Lake Mary Dr., Plainfield, Il. 60585 FMV or unit is $300K with mortgages and real estate taxes aginst the property totalling $345K.** | H | **0.00** |
| | | **41.3 per cent owner of all issued and outstanding shares of Bolingbrook Chevrolet Inc. Business ceased all operation in September 2006. The business is owed $48,800 by First National Bank of Brookfield who is holding an escrow account created when the company sold its businss to another dealership. The Bank now refuses to return the funds and is requesting to apply the funds to other loans from Debtor and his father.** | H | **0.00** |
| | | **80% owner of all issued and outstanding shares of Lakeland Publishing Group, LLC. Business ceased operation in 2011.** | H | **0.00** |
| | | **80% owner of all issued and outstanding shares of No Strings Attached Entertainment Group, LLC. Company ceased all operations 2011.** | H | **0.00** |
| | | **65% owner of all issued and outstanding shares of Lifetime Motors, LLC. d/b/a/ Bolingbrook Motors. Company ceased all operations 2011.** | J | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael D. Rakos,**
          **Sharon L. Rakos**                                              Case No. _____

_____,
                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2010 Tax Refunds** | J | 754.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >                754.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael D. Rakos,**                                          Case No. _____
         **Sharon L. Rakos**

_____,
                            Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Location: 13225 Wood Duck Dr., Plainfield IL 60585**<br><br>**2001 Saturn SL2 with 129,000 miles** | **J** | **2,000.00** |
| 26. Boats, motors, and accessories. | | **Location: 13225 Wood Duck Dr., Plainfield IL 60585**<br>**Two (2) 18' Playbuoy Pontoon Boats with small battery powered electric motors.** | **J** | **4,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **6,000.00** |
| (Total of this page) | |
| Total > | **12,554.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re    **Michael D. Rakos,**
    **Sharon L. Rakos**

Case No. _____

                                                ,
                                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 13225 Wood Duck Dr., Plainfield IL 60585 | 735 ILCS 5/12-901 | 30,000.00 | 900,000.00 |
| Single Family Residence at 13225 Wood Duck Dr., Plainfield, Il. 60585 | | | |
| **Cash on Hand** | | | |
| Location: 13225 Wood Duck Dr., Plainfield IL 60585 | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| CAsh on Hand | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| BMO-Harris Bank checking account ending in #040 | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| BMO-Harris Checking Account ending in #839 | 735 ILCS 5/12-1001(b) | 900.00 | 900.00 |
| **Household Goods and Furnishings** | | | |
| Location: 13225 Wood Duck Dr., Plainfield IL 60585 | 735 ILCS 5/12-1001(b) | 2,500.00 | 2,500.00 |
| Bedroom sets (5), dining set, kitchenette, couches (2), TV.'s (4-43",40',and 2 @ 32"), tables lamps, kitchen utensils, lawn care equipment. All furniture is 10 to 20 years old. | | | |
| **Furs and Jewelry** | | | |
| Location: 13225 Wood Duck Dr., Plainfield IL 60585 | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| Wedding Bands, watches, | | | |
| **Interests in Insurance Policies** | | | |
| Northwestern Mutual Life Ins. Policy ending in 850-Policy premiums are paid by policy earning so there is no CSV.  Spouse is beneficiary. | 215 ILCS 5/238<br>735 ILCS 5/12-1001(f)<br>735 ILCS 5/12-1001(h)(3) | 100%<br>100%<br>100% | 0.00 |
| Northwestern Mutual Life Ins. Policy ending in #403- Policy premiums are paid by policy earning so there no CSV.  Spouse is beneficiary. | 215 ILCS 5/238<br>735 ILCS 5/12-1001(f)<br>735 ILCS 5/12-1001(h)(3) | 100%<br>100%<br>100% | 0.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2010 Tax Refunds | 735 ILCS 5/12-1001(b) | 754.00 | 754.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Location: 13225 Wood Duck Dr., Plainfield IL 60585 | 735 ILCS 5/12-1001(c) | 2,000.00 | 2,000.00 |
| 2001 Saturn SL2 with 129,000 miles | | | |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Michael D. Rakos,**         Case No. _____

          **Sharon L. Rakos**

                                  Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Boats, Motors and Accessories** | | | |
| **Location: 13225 Wood Duck Dr., Plainfield IL 60585** | **735 ILCS 5/12-1001(b)** | **1,446.00** | **4,000.00** |
| **Two (2) 18' Playbuoy Pontoon Boats with small battery powered electric motors.** | | | |

| | Total: | **40,000.00** | **912,554.00** |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Michael D. Rakos,**
      **Sharon L. Rakos**
                          Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7870**<br><br>Citimortgage, Inc.<br>1000 Technology Dr.<br>Mail Station 420<br>O Fallon, MO 63368 | | J | 2001<br><br>**First Mortgage**<br><br>**Location: 13225 Wood Duck Dr., Plainfield IL 60585**<br>**Single Family Residence at 13225 Wood Duck Dr., Plainfield, Il. 60585**<br>Value $       **900,000.00** | | | | 850,000.00 | 0.00 |
| Account No. **xxxxxx5106**<br><br>First National Bank of Brookfield<br>9136 Washington Av.<br>Brookfield, IL 60513 | | J | 2009<br><br>**Second Mortgage- HELOC**<br><br>**Location: 13225 Wood Duck Dr., Plainfield IL 60585**<br>**Single Family Residence at 13225 Wood Duck Dr., Plainfield, Il. 60585**<br>Value $       **900,000.00** | | | | 121,406.00 | 71,406.00 |
| Account No. **xxxxxx7730**<br><br>Specialized Loan Services, Inc<br>P.O. Box 636005<br>Littleton, CO 80163-6005 | | J | 2009<br><br>**Third Mortgage**<br><br>**Location: 13225 Wood Duck Dr., Plainfield IL 60585**<br>**Single Family Residence at 13225 Wood Duck Dr., Plainfield, Il. 60585**<br>Value $       **900,000.00** | | | | 203,500.00 | 203,500.00 |
| Account No. **xx-xx-xx-xxx-xxx-0000**<br><br>Will County Treasurer<br>Steve Weber, CPA<br>P.O. Box 5000<br>Joliet, IL 60434 | | J | 2010<br><br>**Real Estate Taxes**<br><br>**Unpaid residential real estate taxes:**<br>**13225 Wood Duck Drive, Plainfield, IL**<br>Value $       **900,000.00** | | | | 20,627.97 | 0.00 |
|   **1**  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,195,533.97 | 274,906.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Michael D. Rakos,**
      **Sharon L. Rakos**

Case No. _____

_____ ,
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xx-xx-xx-xxx-xxx-0000** | | | | | **2011** | | | | | |
| **Will County Treasurer** **Steve Weber, CPA** **P.O. Box 5000** **Joliet, IL 60434** | | | | J | **Real Estate Taxes** **Unpaid residential real estate taxes:** **13225 Wood Duck Drive, Plainfield, IL** | | | | | |
| | | | | | Value $ **900,000.00** | | | | **19,403.90** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **19,403.90** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **1,214,937.87** | **274,906.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Michael D. Rakos,**                                    Case No. _____
**Sharon L. Rakos**
                                                                ,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Michael D. Rakos,**                                          Case No. _____
**Sharon L. Rakos**
_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ally**<br>**15303 94th Ave**<br>**Orland Park, IL 60462** | X | H | 2007-2011<br>**Smart Auction deficit** | | | | 62,000.00 |
| Account No. **xxxxx-003, 004, 001, 008**<br><br>**Ally**<br>**PO Box 33128**<br>**Detroit, MI 48232-5128** | X | H | 2000-2006<br>**Charge backs on financial services** | | | | 7,350.08 |
| Account No. **xxxx-xxxx-xxxx--x1008**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | X | H | 2007-2011<br>**Consumer Debt** | | | | 26,257.12 |
| Account No. **xxxx-xxxx-xxxx-6893**<br><br>**AT&T Universal Card**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117-6500** | | H | **Consumer Debt** | | | | 2,171.42 |

___10___ continuation sheets attached

| | Subtotal<br>(Total of this page) | 97,778.62 |
|---|---|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                S/N:33434-120516    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael D. Rakos,**
         **Sharon L. Rakos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx5120** <br><br> **Automotive Finance Corporation** <br> **x/o Lifetime Motors, LLC** <br> **13805 Hamilton Crossing Blvd** <br> **Carmel, IN 46032** | X | H | | | **2007-2011** <br> **Automotive floor planning** | | | | 230,870.37 |
| Account No. <br><br> **Autotrader.com** <br> **P.O. Box 932207** <br> **Atlanta, GA 31193-2207** | X | H | | | **6/07-9/11** <br> **Services Rendered** | | | | 3,460.58 |
| Account No. **xxxx-xxxx-xxxx-1859** <br><br> **Bank of America** <br> **PO Box 851001** <br> **Dallas, TX 75285-1001** | | H | | | **Consumer Debt** | | | | 47,892.34 |
| Account No. **xxxx-xxxx-xxxx-3806** <br><br> **CACH, LLC** <br> **P.O. Box 4477** <br> **Beaverton, OR 97076** | X | H | | | **Consumer Debt** | | | | 10,051.41 |
| Account No. **xxxx-xxxx-xxxx-8406** <br><br> **Capital One Bank** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130** | | J | | | **Consumer Debt** | | | | 10,531.21 |

Sheet no. __**1**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

302,805.91

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael D. Rakos,**    Case No. _____
**Sharon L. Rakos**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6861** <br><br> **Capital One Bank** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | W | **Consumer Debt** | | | | 18,103.24 |
| Account No. **xxxx-xxxx-xxxx-8406** <br><br> **Capital One Bank** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | H | **Consumer Debt** | | | | 6,079.12 |
| Account No. <br><br> **Cars.com** <br> **14839 Collection Centers Drive** <br> **Chicago, IL 60693-0148** | X | H | **4/10-9/11** <br> **Services Rendered** | | | | 5,073.97 |
| Account No. **xxxx-xxxx-xxxx-0272** <br><br> **Chase Card Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | H | **Consumer Debt** | | | | 18,970.73 |
| Account No. **xxxx-xxxx-xxxx-3813** <br><br> **Chase Card Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | H | **Consumer Debt** | | | | 16,175.79 |

Sheet no. __**2**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **64,402.85**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael D. Rakos,**
      **Sharon L. Rakos**

Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-9545** | | W | | **Consumer Debt** | | | | |
| **Chase Card Services** **PO Box 15298** **Wilmington, DE 19850-5298** | | | | | | | | 12,791.65 |
| Account No. **xxxx-xxxx-xxxx-6893** | | H | | **Consumer Debt** | | | | |
| **Citi Cards** **PO Box 6077** **Sioux Falls, SD 57117-6077** | | | | | | | | 2,171.42 |
| Account No. **xxxx-xxxx-xxxx-2993** | | W | | **1991 through 2011** **Consumer Debt** | | | | |
| **Citi Cards** **PO Box 6500** **Sioux Falls, SD 57117** | | | | | | | | 6,000.25 |
| Account No. **xxxx-xxxx-xxxx-3808** | | W | | **1991-2011** **Line of Credit** | | | | |
| **Citibank** **PO Box 769006** **San Antonio, TX 78245-9006** | | | | | | | | 5,273.56 |
| Account No. **xxxxxx3047** | X | H | | **2101-2011** **Utilities** | | | | |
| **Com Ed** **Bill Payment Center** **Chicago, IL 60668-0001** | | | | | | | | 1,230.54 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal               **27,467.42**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael D. Rakos,**
      **Sharon L. Rakos**
                                                                    Case No. _____
                                            _____,
                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx3150<br><br>Dealer Services Corporation<br>1320 City Center Drive<br>Suite 100<br>Carmel, IN 46032 | X | H | 2007-2011<br>Line of Credit | | | | 29,233.55 |
| Account No.<br><br>Dealer Track<br>1111 Marcus Ave., Suite M04<br>New Hyde Park, NY 11042 | X | H | 6/07-9/11<br>Services Rendered | | | | 3,785.53 |
| Account No. xxxx-xxxx-xxxx-2687<br><br>Discover Card<br>PO box 30421<br>Salt Lake City, UT 84130-0421 | | J | 1990-3/2012<br>Consumer Debt | | | | 25,591.07 |
| Account No. xxxx-xxxx-xxxx-4453<br><br>Discover Card<br>PO Box 30421<br>Salt Lake City, UT 84130-0421 | | W | Through 2012<br>Consumer Debt | | | | 12,120.64 |
| Account No. xxxx-xxxx-xxxx-9279<br><br>Discover Card<br>PO Box 30421<br>Salt Lake City, UT 84132-0421 | | H | 2002-3/2012<br>Consumer Debt | | | | 8,442.18 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           79,172.97

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael D. Rakos,**
**Sharon L. Rakos**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx3069**  First Midwest Bank One Pierce Place Suite 1500 Itasca, IL 60143 | X | | J | 2010-8/2011 Loan | | | | 53,410.50 |
| Account No. **x0851**  First Midwest Bank One Pierce Place Suite 1500 Itasca, IL 60143 | X | | J | 2010-2011 Loan | | | | 933,343.50 |
| Account No. **x4774**  First Midwest Bank One Pierce Place Suite 1500 Itasca, IL 60143 | | | J | 2010-2011 Loan | | | | 155,147.90 |
| Account No. **xxxxx3069**  First Midwest Bank One Pierce Place Suite 1500 Itasca, IL 60143 | X | | J | 2010-2011 Personal loan | | | | 514,258.16 |
| Account No. **xxxxx3468**  First Midwest Bank One Pierce Place Suite 1500 Itasca, IL 60143 | X | H | | 2010-2011 Loan to Father (disputed) | | | | 98,376.89 |

Sheet no. __5___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,754,536.95 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael D. Rakos,**
        **Sharon L. Rakos**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx2775**<br><br>**First Midwest Bank**<br>**One Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** | X | H | | | **2010-3/2011**<br>**loan to Lifetime Motors, LLC** | | | | 930,608.23 |
| Account No. **xxxxxx4426**<br><br>**First Midwest Bank**<br>**300 Park Blvd**<br>**Suite 400**<br>**Itasca, IL 60143** | X | H | | | **2011**<br>**Trust loan (disputed)** | | | | 98,376.89 |
| Account No. **xxxx-xxxx-xxxx-8209**<br><br>**Home Depot Credit Services**<br>**PO Box 688966**<br>**Des Moines, IA 50368-8966** | X | H | | | **2007-2009**<br>**Consumer Debt** | | | | 2,334.41 |
| Account No. **xxxx-xxxx-xxxx-9678**<br><br>**HSBC Bank Nevada**<br>**P.O. Box 37281**<br>**Baltimore, MD 21297-3281** | | W | | | **Consumer Debt** | | | | 366.84 |
| Account No. **xxxx-xxxx-xxxx-8989**<br><br>**HSBC Card Services**<br>**PO Box 80082**<br>**Salinas, CA 93912-0082** | | | J | | **through 2011**<br>**Consumer Debt** | | | | 13,253.46 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,044,939.83**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael D. Rakos,**
     **Sharon L. Rakos**

Case No. _____

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**IAG IL Auto Group** <br>**9501 W. 144th Place-Suite 202** <br>**Orland Park, IL 60462** | X | H | **4/10-9/11** <br>**Services Rendered** | | | | 5,060.00 |
| Account No. **xxxx AR 95** <br><br>**The Pomykala Group, LLC** <br>**4112 N. Cass Avenue** <br>**Westmont, IL 60559** | | J | **2010-2011** <br>**Services Rendered** | | | | 11,077.60 |
| Account No. **xxx6922** <br><br>**Universal Warranty Corporation** <br>**P.O. Box 802528** <br>**Chicago, IL 60680** | X | H | **6/07-9/11** <br>**Extended Warranties for Automobiles** | | | | 3,933.61 |
| Account No. **xxxx1529** <br><br>**US Bank** <br>**Two Meridian Crossing** <br>**Minneapolis, MN 55423-3978** | X | H | **company bank balance and reserve line total** | | | | 6,015.55 |
| Account No. **xxxx-xxxx-xxxx-4970** <br><br>**US Bank** <br>**PO Box 6353** <br>**Fargo, ND 58125-6353** | X | H | **Consumer Debt** | | | | 7,880.81 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,967.57

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael D. Rakos,**                                            Case No. _____
        **Sharon L. Rakos**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx8631**<br><br>**US Bank**<br>**PO Box 1800**<br>**Saint Paul, MN 55101-0800** | X | H | | | **checking account deficit and reserve line balance** | | | | **7,300.76** |
| Account No. **xxxx-xxxx-xxxx-0622**<br><br>**US Bank**<br>**PO Box 6352**<br>**Fargo, ND 58125-6352** | | H | | | **Consumer Debt** | | | | **7,443.78** |
| Account No. **xxxx-xxxx-xxxx-6723**<br><br>**US Bank**<br>**PO Box 5227**<br>**Cincinnati, OH 45202-5227** | X | J | | | **Company bank balance and reserve line** | | | | **4,549.02** |
| Account No. **xxxx-xxxx-xxxx-4150**<br><br>**US Bank**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** | X | H | | | **Consumer Debt** | | | | **14,194.27** |
| Account No. **xxxx-xxxx-xxxx-5869**<br><br>**US Bank**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** | X | J | | | **Through 2011**<br>**Consumer Debt** | | | | **3,580.73** |

Sheet no. __**8**___ of __**10**___ sheets attached to Schedule of                    Subtotal                    **37,068.56**
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael D. Rakos,**
     **Sharon L. Rakos**

Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-4184** | | | | **Consumer Debt** | | | | |
| **US Bank PO Box 6353 Fargo, ND 58125-6353** | X | H | | | | | | 6,656.99 |
| Account No. **xxxx-xxxx-xxxx-4176** | | | | **Consumer Debt** | | | | |
| **US Bank PO Box 6353 Fargo, ND 58125-6353** | X | H | | | | | | 18,647.70 |
| Account No. **xxxx-xxxx-xxxx-5112** | | | | **Consumer Debt** | | | | |
| **US Bank PO Box 6353 Fargo, ND 58126-6353** | X | H | | | | | | 30,999.31 |
| Account No. **xxxx-xxxx-xxxx-6631** | | | | **2000-2011 Consumer Debt** | | | | |
| **US Bank PO Box 6353 Fargo, ND 58125-6353** | X | H | | | | | | 31,000.47 |
| Account No. **xxxx-xxxx-xxxx-5346** | | | | **2000-present Dealer reserve account for closed dealership** | | | | |
| **US Bank PO Box 2188 Oshkosh, WI 54903** | X | H | | | | | | 19,607.23 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

106,911.70

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael D. Rakos,**                                    Case No. _____
       **Sharon L. Rakos**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0247** <br><br> **Walmart/GECRB** <br> **GE Capital Retail Bank** <br> **PO Box 965023** <br> **Orlando, FL 32896-5023** | | W | **through 2012** <br> **Consumer Debt** | | | | **1,713.21** |
| Account No. **xxxxxx3600** <br><br> **Zurich Direct-ASM** <br> **4457 Paysphere Circle** <br> **Chicago, IL 60674** | X | H | **6/07-9/11** <br> **Garage keepers insurance for dealership** | | | | **1,206.90** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | **2,920.11** |
| Total <br> (Report on Summary of Schedules) | | **3,551,972.49** |

B6G (Official Form 6G) (12/07)

In re      **Michael D. Rakos,**                                                    Case No. _____
           **Sharon L. Rakos**
                                                                                  ,
                                    Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not
disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Michael D. Rakos,**                                                    Case No. _____
         **Sharon L. Rakos**

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anthony E. Rakos & Dorothy L. Rakos**<br>**As Trustees for AD Rakos Trust**<br>**1124 Kinsie Court**<br>**Naperville, IL 60540** | **First Midwest Bank**<br>**300 Park Blvd**<br>**Suite 400**<br>**Itasca, IL 60143** |
| **Bolingbrook Chevrolet, Inc.**<br>**PO Box 44**<br>**Plainfield, IL 60544** | **Ally**<br>**PO Box 33128**<br>**Detroit, MI 48232-5128** |
| **Bolingbrook Chevrolet, Inc.**<br>**PO Box 44**<br>**Plainfield, IL 60544** | **US Bank**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** |
| **Bolingbrook Chevrolet, Inc.**<br>**PO Box 44**<br>**Plainfield, IL 60544** | **US Bank**<br>**PO Box 2188**<br>**Oshkosh, WI 54903** |
| **Estate of Anthony Rako, deceased**<br>**see address above** | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** |
| **Estate of Anthony Rako, deceased**<br>**see address above** | **Ally**<br>**15303 94th Ave**<br>**Orland Park, IL 60462** |
| **Estate of Anthony Rako, deceased**<br>**see address above** | **Ally**<br>**PO Box 33128**<br>**Detroit, MI 48232-5128** |
| **Estate of Anthony Rako, deceased**<br>**see address above** | **US Bank**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** |
| **Estate of Anthony Rako, deceased**<br>**see address above** | **US Bank**<br>**PO Box 2188**<br>**Oshkosh, WI 54903** |
| **Estate of Anthony Rakos, deceased**<br>**c/o Attorney Adalbert L. Vlazny III**<br>**608 S. Washington St., #207**<br>**Naperville, IL 60540-6661** | **First Midwest Bank**<br>**One Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** |
| **Estate of Anthony Rakos, deceased**<br>**see above** | **Automotive Finance Corporation**<br>**x/o Lifetime Motors, LLC**<br>**13805 Hamilton Crossing Blvd**<br>**Carmel, IN 46032** |

**3**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

In re   **Michael D. Rakos,**                                                    Case No. _____

        **Sharon L. Rakos**

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Estate of Anthony Rakos, deceased**<br>**see above address** | **Dealer Services Corporation**<br>**1320 City Center Drive**<br>**Suite 100**<br>**Carmel, IN 46032** |
| **Estate of Anthony Rakos, deceased**<br>**see above address** | **First Midwest Bank**<br>**One Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** |
| **Estate of Anthony Rakos, deceased**<br>**see above address** | **US Bank**<br>**Two Meridian Crossing**<br>**Minneapolis, MN 55423-3978** |
| **Estate of Anthony Rakos, deceased**<br>**see above address** | **US Bank**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** |
| **Estate of Anthony Rakos, deceased**<br>**see above address** | **First Midwest Bank**<br>**One Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** |
| **Estate of Anthony Rakos, deceased**<br>**see address above** | **First Midwest Bank**<br>**One Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** |
| **Estate of Anthony Rakos, deceased**<br>**see addess above** | **First Midwest Bank**<br>**One Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** |
| **Estate of Anthony Rakos, deceased**<br>**see above address** | **First Midwest Bank**<br>**300 Park Blvd**<br>**Suite 400**<br>**Itasca, IL 60143** |
| **Estate of Anthony Rakos, deceased**<br>**see address above** | **Com Ed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Estate of Anthony Rakso, deceased**<br>**see address above** | **Home Depot Credit Services**<br>**PO Box 688966**<br>**Des Moines, IA 50368-8966** |
| **Lakelands Publishing Group, LLC** | **US Bank**<br>**PO Box 1800**<br>**Saint Paul, MN 55101-0800** |
| **Lakelands Publishing Group, LLC** | **CACH, LLC**<br>**P.O. Box 4477**<br>**Beaverton, OR 97076** |

Sheet  **1**  of  **3**  continuation sheets attached to the Schedule of Codebtors

In re    **Michael D. Rakos,**                                    Case No. _____
       **Sharon L. Rakos**

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lifetime Motors LLC**<br>**P.O. Box 44**<br>**Plainfield, IL 60544** | **Autotrader.com**<br>**P.O. Box 932207**<br>**Atlanta, GA 31193-2207** |
| **Lifetime Motors, LLC**<br>**16300 S Lincoln Hwy**<br>**Plainfield, IL 60586** | **First Midwest Bank**<br>**One Pierce Place**<br>**Suite 1500**<br>**Itasca, IL 60143** |
| **Lifetime Motors, LLC**<br>**d/b/a Bolingbrook Motors**<br>**502 S. Bolingbrook Dr**<br>**Bolingbrook, IL 60440** | **Com Ed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Lifetime Motors, LLC**<br>**d/b/a Bolingbrook Motors**<br>**Bolingbrook, IL 60440** | **Home Depot Credit Services**<br>**PO Box 688966**<br>**Des Moines, IA 50368-8966** |
| **Lifetime Motors, LLC**<br>**d/b/a Bolingbrook Motors**<br>**Bolingbrook, IL 60440** | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** |
| **Lifetime Motors, LLC**<br>**d/b/a Bolingbrook Motors**<br>**Bolingbrook, IL 60440** | **Ally**<br>**15303 94th Ave**<br>**Orland Park, IL 60462** |
| **Lifetime Motors, LLC**<br>**P.O. Box 44**<br>**Plainfield, IL 60544** | **Cars.com**<br>**14839 Collection Centers Drive**<br>**Chicago, IL 60693-0148** |
| **Lifetime Motors, LLC**<br>**Address Above** | **Universal Warranty Corporation**<br>**P.O. Box 802528**<br>**Chicago, IL 60680** |
| **Lifetime Motors, LLC.**<br>**P.O. Box 44**<br>**Plainfield, IL 60544** | **Dealer Track**<br>**1111 Marcus Ave., Suite M04**<br>**New Hyde Park, NY 11042** |
| **Lifetime Motors, LLC.**<br>**Address above** | **IAG IL Auto Group**<br>**9501 W. 144th Place-Suite 202**<br>**Orland Park, IL 60462** |
| **Lifetime MOtors, LLC.**<br>**Address above** | **Zurich Direct-ASM**<br>**4457 Paysphere Circle**<br>**Chicago, IL 60674** |
| **No Strings Attached Entertainment G**<br>**c/o Michael Rakos** | **US Bank**<br>**PO Box 5227**<br>**Cincinnati, OH 45202-5227** |
| **No Strings Attached Entertainment G**<br>**c/o Michael Rakos** | **US Bank**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re   **Michael D. Rakos,**
       **Sharon L. Rakos**

Case No. _____

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **No Strings Attached Entertainment G c/o Michael Rakos** | **US Bank PO Box 6353 Fargo, ND 58125-6353** |
| **No Strings Attached Entertainment G c/o Michael Rakos** | **US Bank PO Box 6353 Fargo, ND 58125-6353** |
| **No Strings Attached Entertainment G c/o Michael Rakos** | **US Bank PO Box 6353 Fargo, ND 58125-6353** |
| **No Strings Attached Entertainment G c/o Michael Rakos** | **US Bank PO Box 6353 Fargo, ND 58126-6353** |

Sheet  __3__  of  __3__  continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Michael D. Rakos**
       **Sharon L. Rakos**                                                    Case No. _____
_____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **Daughter**  **Son** | AGE(S):  **11**  **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | **Unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|    b.  Insurance | $ | **0.00** | $ | **0.00** |
|    c.  Union dues | $ | **0.00** | $ | **0.00** |
|    d.  Other (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify):  **Unemployment compensation** | $ | **2,212.00** | $ | **0.00** |
|                **Food Stamps** | $ | **0.00** | $ | **361.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,212.00** | $ | **361.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,212.00** | $ | **361.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **2,573.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Michael D. Rakos**
**Sharon L. Rakos**
_____
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 5,273.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 400.00 |
| b. Water and sewer | | $ | 100.00 |
| c. Telephone | | $ | 100.00 |
| d. Other  **Cable TV/Internet** | | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 400.00 |
| b. Life | | $ | 50.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 75.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  **School fees** | | $ | 50.00 |
| Other | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,    $    7,398.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**Debtors will be surrendering thier current residence and finding less expensive houseing.**

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 2,573.00 |
| b. | Average monthly expenses from Line 18 above | $ | 7,398.00 |
| c. | Monthly net income (a. minus b.) | $ | -4,825.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Michael D. Rakos**
**Sharon L. Rakos**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **30**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 22, 2012**_____        Signature    **/s/ Michael D. Rakos**_____
**Michael D. Rakos**
Debtor

Date    **June 22, 2012**_____        Signature    **/s/ Sharon L. Rakos**_____
**Sharon L. Rakos**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Michael D. Rakos**
         **Sharon L. Rakos**                                                    Case No.
_____    _____
                                    Debtor(s)            Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2011-Lifetime Motors (Husband)** |
| **$104,000.00** | **2010- LIfetime Motors- Husband- $102,000/ Spouse 2000** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$22,992.00** | **2012- Unemployment and Food Stamps** |

---

| AMOUNT | SOURCE |
|---|---|
| **$9,159.00** | **2010 Spouse- Unemployment** |

---

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**[*] immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **First National Bank of Brokfield See Sch. D** | **Monthly 2nd mortgage payment at $715/month** | **$2,145.00** | **$0.00** |

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Citimortgage, Inc  v. Debtors  11CH05847** | **Foreclosure** | **12th Judicial Circuit- Will County** | **Pending** |
| **The Pomykala Group LLC v. Debtor  2012 AR 95** | **Collection** | **18th Judicial Circuit Court- DuPage County** | **Judgment entered** |
| **Dealer Services Corp. v. Debtor et all 29D021112** | **Collection** | **Hamilton County Court, Hamilton IN.** | **Pending** |
| **First Mldwest Bank v. Debtor et al    11L1017** | **Collection** | **12th Judicial Circuit- Will County** | **Pending** |
| **Automotive Finance Corp. d/b/a AFC Automotive Finance Corp. v. Debtor et al Case # 49D11-1112-CC-046727** | **Collection** | **Marion Superior Court, Marion County IN.** | **Judgment entered** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer Brown Covey Gaertner & Dav 400 S. County Farm Rd. Suite #330 Wheaton, IL 60187** | **4/24/12** | **$2306** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US Bank PO Box 790179 Saint Louis, MO 63179** | **Chk. Acct. ending in #533- Balance 0** | **2/2012** |
| **US Bank PO Box 790179 Saint Louis, MO 63179** | **Chk Acct ending in #045- Balance $1468** | **June 2011** |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| first National Bank of Brookfield | Possible various dates within last 90 days | Unknow- Bank acknowledged to Debto taking funds out of the $48,000 being held by Bank. See Explanation on Sch. B. |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Dream R/E Holdings LLC.** | 73-1715026 | **Debtors' Address** | **Real Estate Investment company 50% interest** | **2004 to date** |
| **No Strings Attached Entertainment Group,** | 20-8021580 | **Debtors' Address** | **80% interest in entertainment business promoting artists in country music.** | **2006 to 2011** |
| **Lakelands Publishing Group LLC.** | 26-1083587 | **Debtors' Address** | **80% ownership- Company promoted artists in country music.** | **2007 to 2011** |
| **Lifetime Motors, LLC d/b/a Bolingbrook M** | 20-8478866 | **502 S. Bolingbrook Dr. Bolingbrook, IL 60440** | **Automotive Dealership- 65% ownership** | **2007 to 9/2011** |
| **Bolingbrook Chevrolet Inc.** | 36-2675163 | **Debtor's address** | **Automotive Dealership- 41.326531% interest.** | **2000 to 2006** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **The Pomykala Group LLC**<br>**4112 N. Cass Av.**<br>**Westmont, IL 60559** | **2002 to date** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **The Pomykala Group** | **See Above** |
| **Debtor** | **Debtor's address** |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First Midwest Bank**<br>**See Sch. F** | |

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

8

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **June 22, 2012**                    Signature    **/s/ Michael D. Rakos**
                                                          **Michael D. Rakos**
                                                          Debtor


Date    **June 22, 2012**                    Signature    **/s/ Sharon L. Rakos**
                                                          **Sharon L. Rakos**
                                                          Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Michael D. Rakos**
**Sharon L. Rakos**

Case No. _____

Chapter    **7**

_____ Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Citimortgage, Inc.** | **Describe Property Securing Debt:**<br>**Location: 13225 Wood Duck Dr., Plainfield IL 60585**<br>**Single Family Residence at 13225 Wood Duck Dr., Plainfield, Il. 60585** |

Property will be (check one):
■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    □ Not claimed as exempt

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

B8 (Form 8) (12/08)                                                                    Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Specialized Loan Services, Inc** | **Describe Property Securing Debt:**<br>**Location: 13225 Wood Duck Dr., Plainfield IL 60585**<br> **Single Family Residence at 13225 Wood Duck Dr., Plainfield, Il. 60585** |

Property will be (check one):
  ■Surrendered              □Retained

If retaining the property, I intend to (check at least one):
  □Redeem the property
  □Reaffirm the debt
  □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■Claimed as Exempt              □Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES          □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **June 22, 2012**                    Signature  **/s/ Michael D. Rakos**
                                                       **Michael D. Rakos**
                                                       Debtor

Date  **June 22, 2012**                    Signature  **/s/ Sharon L. Rakos**
                                                       **Sharon L. Rakos**
                                                       Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Michael D. Rakos**
     **Sharon L. Rakos**

Case No.

Debtor(s)     Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.   $ **306.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 22, 2012**

     **/s/ Kent A. Gaertner**
     **Kent A. Gaertner**
     **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
     **400 S. County Farm Road**
     **Suite 330**
     **Wheaton, IL 60187**
     **630-510-0000  Fax: 630-510-0004**

---

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **Michael D. Rakos**
**Sharon L. Rakos**                 Case No.

                                      Debtor(s)         Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

       I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Michael D. Rakos**
**Sharon L. Rakos**                  X    **/s/ Michael D. Rakos**          **June 22, 2012**

Printed Name(s) of Debtor(s)              Signature of Debtor              Date

Case No. (if known)                           X    **/s/ Sharon L. Rakos**             **June 22, 2012**

                                            Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Michael D. Rakos**
      **Sharon L. Rakos** _____    Case No. _____
                                           Debtor(s)    Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **126**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 22, 2012** _____    **/s/ Michael D. Rakos** _____
                                       **Michael D. Rakos**
                                       Signature of Debtor

Date:   **June 22, 2012** _____    **/s/ Sharon L. Rakos** _____
                                       **Sharon L. Rakos**
                                       Signature of Debtor

Allied Interstate
PO Box 6123
Carol Stream, IL 60197-6123


Allied Interstate
3000 Corporate Exchange Dr 5th Fl
Columbus, OH 43231


Allied Interstate
PO Box 6123
Carol Stream, IL 60197-6123


Ally
15303 94th Ave
Orland Park, IL 60462


Ally
PO Box 33128
Detroit, MI 48232-5128


American Express
PO Box 981535
El Paso, TX 79998-1535


Anthony E. Rakos & Dorothy L. Rakos
As Trustees for AD Rakos Trust
1124 Kinsie Court
Naperville, IL 60540


AT&T Universal Card
PO Box 6500
Sioux Falls, SD 57117-6500


Automotive Finance Corporation
x/o Lifetime Motors, LLC
13805 Hamilton Crossing Blvd
Carmel, IN 46032


Autotrader.com
P.O. Box 932207
Atlanta, GA 31193-2207


Bank of America
PO Box 851001
Dallas, TX 75285-1001

Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive
Suite 400
Chicago, IL 60606-4440


Bolingbrook Chevrolet, Inc.
PO Box 44
Plainfield, IL 60544


Bolingbrook Chevrolet, Inc.
PO Box 44
Plainfield, IL 60544


Bolingbrook Chevrolet, Inc.
PO Box 44
Plainfield, IL 60544


CACH, LLC
P.O. Box 4477
Beaverton, OR 97076


Capital Management Service
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital Management Services LP
726 Exchange St.
Suite #700
Buffalo, NY 14210


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Cars.com
14839 Collection Centers Drive
Chicago, IL 60693-0148

Chase Card Services
PO Box 15298
Wilmington, DE 19850-5298

Chase Card Services
PO Box 15298
Wilmington, DE 19850-5298

Chase Card Services
PO Box 15298
Wilmington, DE 19850-5298

Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077

Citi Cards
PO Box 6500
Sioux Falls, SD 57117

Citibank
PO Box 769006
San Antonio, TX 78245-9006

Citimortgage, Inc.
1000 Technology Dr.
Mail Station 420
O Fallon, MO 63368

Client Services
3451 Harry S Truman Blvd
Saint Charles, MO 63301-4047

Com Ed
Bill Payment Center
Chicago, IL 60668-0001

Dealer Services Corporation
1320 City Center Drive
Suite 100
Carmel, IN 46032

```
Dealer Track
1111 Marcus Ave., Suite M04
New Hyde Park, NY 11042


Discover Card
PO box 30421
Salt Lake City, UT 84130-0421


Discover Card
PO Box 30421
Salt Lake City, UT 84130-0421


Discover Card
PO Box 30421
Salt Lake City, UT 84132-0421


Estate of Anthony Rako, deceased
see address above


Estate of Anthony Rako, deceased
see address above


Estate of Anthony Rako, deceased
see address above


Estate of Anthony Rako, deceased
see address above


Estate of Anthony Rako, deceased
see address above


Estate of Anthony Rakos, deceased
c/o Attorney Adalbert L. Vlazny III
608 S. Washington St., #207
Naperville, IL 60540-6661


Estate of Anthony Rakos, deceased
see above


Estate of Anthony Rakos, deceased
see above address
```

```
Estate of Anthony Rakos, deceased
see above address


Estate of Anthony Rakos, deceased
see above address


Estate of Anthony Rakos, deceased
see above address


Estate of Anthony Rakos, deceased
see above address


Estate of Anthony Rakos, deceased
see address above


Estate of Anthony Rakos, deceased
see addess above


Estate of Anthony Rakos, deceased
see above address


Estate of Anthony Rakos, deceased
see address above


Estate of Anthony Rakso, deceased
see address above


Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN 55438-5908


First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143


First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143
```

First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143


First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143


First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143


First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143


First Midwest Bank
300 Park Blvd
Suite 400
Itasca, IL 60143


First National Bank of Brookfield
9136 Washington Av.
Brookfield, IL 60513


Gary M. Hoke
1320 City Center Drive
Suite 100
Carmel, IN 46032


GC Services Limited Partnership
PO Box 2667(057)
Houston, TX 77252-2667


Hauselman, Rappin & Olswang, LTD.
39 South LaSalle St.
Chicago, IL 60603


Home Depot Credit Services
PO Box 688966
Des Moines, IA 50368-8966

HSBC Bank Nevada
P.O. Box 37281
Baltimore, MD 21297-3281


HSBC Card Services
PO Box 80082
Salinas, CA 93912-0082


I.C. System, Inc.
444 Highway 96
Saint Paul, MN 55164-0437


IAG IL Auto Group
9501 W. 144th Place-Suite 202
Orland Park, IL 60462


John C. Bonewicz, P.C.
350 N Orleans St
Suite 300
Chicago, IL 60654


Kavanagh Grumley & Gorbold
c/o Bryan W. Kopman
111 North Otawa Street
Joliet, IL 60432


Kavanagh Grumley & Gorbold, LLC
c/o Bryan W. Kopman
111 North Ottawa Street
Joliet, IL 60432


Kavanagh Grumley & Gorbold, LLC
c/o Bryan W. Kopman
111 North Ottawa Street
Joliet, IL 60432


Kavanagh Grumley & Gorbold, LLC
c/o Bryan W. Kopman
111 North Ottawa Street
Joliet, IL 60432


Kavanagh Grumley & Gorbold, LLC
111 North Ottawa Street
Joliet, IL 60432

Kavanagh, Grumley & Gorbold, LLC
C/oBryan W. Kopman
111 North Ottawa Street
Joliet, IL 60432


Lakelands Publishing Group, LLC



Lakelands Publishing Group, LLC



Law Offices of Brian J. Ferber, Inc
5611 Fallbrook Ave.
Woodland Hills, CA 91367


Lifetime Motors LLC
P.O. Box 44
Plainfield, IL 60544


Lifetime Motors, LLC
16300 S Lincoln Hwy
Plainfield, IL 60586


Lifetime Motors, LLC
d/b/a Bolingbrook Motors
502 S. Bolingbrook Dr
Bolingbrook, IL 60440


Lifetime Motors, LLC
d/b/a Bolingbrook Motors
Bolingbrook, IL 60440


Lifetime Motors, LLC
d/b/a Bolingbrook Motors
Bolingbrook, IL 60440


Lifetime Motors, LLC
d/b/a Bolingbrook Motors
Bolingbrook, IL 60440


Lifetime Motors, LLC
P.O. Box 44
Plainfield, IL 60544

Lifetime Motors, LLC
Address Above


Lifetime Motors, LLC.
P.O. Box 44
Plainfield, IL 60544


Lifetime Motors, LLC.
Address above


Lifetime MOtors, LLC.
Address above


McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146


Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA 18002


NCO
PO Box 1099
Langhorne, PA 19047


No Strings Attached Entertainment G
c/o Michael Rakos


No Strings Attached Entertainment G
c/o Michael Rakos


No Strings Attached Entertainment G
c/o Michael Rakos


No Strings Attached Entertainment G
c/o Michael Rakos


No Strings Attached Entertainment G
c/o Michael Rakos


No Strings Attached Entertainment G
c/o Michael Rakos

Phillips & Cohen Assoc
1002 Justison St
Wilmington, DE 19801


Phillps & Cohen Associates, Ltd.
Mailstop 640 1002 Justison St
Wilmington, DE 19801


Receivable Mangagemen Service
P.O. Box 4647
Lutherville Timonium, MD 21094-4647


Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Ave
Indianapolis, IN 46204-2161


Scott C Kuntz
900 E Northwest Hwy


Solomon & Leadley
320 East Indian Trail
Aurora, IL 60505-1787


Specialized Loan Services, Inc
P.O. Box 636005
Littleton, CO 80163-6005


The Pomykala Group, LLC
4112 N. Cass Avenue
Westmont, IL 60559


United Recovery Systems
5800 North Course Dr
Houston, TX 77072


Universal Warranty Corporation
P.O. Box 802528
Chicago, IL 60680


US Bank
Two Meridian Crossing
Minneapolis, MN 55423-3978

```
US Bank
PO Box 6353
Fargo, ND 58125-6353


US Bank
PO Box 1800
Saint Paul, MN 55101-0800


US Bank
PO Box 6352
Fargo, ND 58125-6352


US Bank
PO Box 5227
Cincinnati, OH 45202-5227


US Bank
PO Box 6353
Fargo, ND 58125-6353


US Bank
PO Box 6353
Fargo, ND 58125-6353


US Bank
PO Box 6353
Fargo, ND 58125-6353


US Bank
PO Box 6353
Fargo, ND 58125-6353


US Bank
PO Box 6353
Fargo, ND 58126-6353


US Bank
PO Box 6353
Fargo, ND 58125-6353


US Bank
PO Box 2188
Oshkosh, WI 54903
```

```
Walmart/GECRB
GE Capital Retail Bank
PO Box 965023
Orlando, FL 32896-5023


Will County Treasurer
Steve Weber, CPA
P.O. Box 5000
Joliet, IL 60434


Will County Treasurer
Steve Weber, CPA
P.O. Box 5000
Joliet, IL 60434


Zurich Direct-ASM
4457 Paysphere Circle
Chicago, IL 60674
```