# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: RAKOS, MICHAEL　　　　　　　　　　　　　§　Case No. 12-25142-BWB
　　　　RAKOS, SHARON　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS B. SULLIVAN, TRUSTEE    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

　　　The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
　　219 S Dearborn Street
　　Chicago, IL  60604

　　　Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 09/20/2013 in Courtroom        , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/19/2013          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                                             Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: RAKOS, MICHAEL § | Case No. 12-25142-BWB |
| RAKOS, SHARON § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $    12,393.72

*and approved disbursements of*  $         13.66

*leaving a balance on hand of*  [1]  $    12,380.06

**Balance on hand:**  $    12,380.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $         0.00
Remaining balance:  $    12,380.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,989.37 | 0.00 | 1,989.37 |

Total to be paid for chapter 7 administration expenses:  $    1,989.37
Remaining balance:  $   10,390.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $   10,390.69

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 10,390.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,202,503.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Automotive Finance Corporation aka AFC | 103,423.65 | 0.00 | 335.56 |
| 2 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | 372.04 | 0.00 | 1.21 |
| 3 | Atlas Acquisitions LLC (US BANK) | 6,656.99 | 0.00 | 21.60 |
| 4 | Midland Funding LLC | 1,832.87 | 0.00 | 5.95 |
| 5 | Discover Bank | 12,646.00 | 0.00 | 41.03 |
| 6 | Discover Bank | 8,830.63 | 0.00 | 28.65 |
| 7 | Discover Bank | 26,548.86 | 0.00 | 86.14 |
| 8 | FIA CARD SERVICES NA as successor in interest to | 47,951.34 | 0.00 | 155.58 |
| 9 | US BANK N.A. | 7,577.87 | 0.00 | 24.59 |
| 10 | Capital One Bank (USA), N.A. | 10,727.56 | 0.00 | 34.81 |
| 11 -2 | Capital One Bank (USA), N.A. | 6,271.00 | 0.00 | 20.35 |
| 12 | Capital One Bank (USA), N.A. | 18,415.56 | 0.00 | 59.75 |
| 13 | First Midwest Bank | 2,786,082.60 | 0.00 | 9,039.58 |
| 14 | Tribune Company d/b/a Tribune Media Group | 5,000.00 | 0.00 | 16.22 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 15 | American Express Bank, FSB | 27,042.20 | 0.00 | 87.74 |
| 16 | The Pomykala Group, LLC | 11,077.60 | 0.00 | 35.94 |
| 17 | Bureaus Investment Group Portfolio No 15 LLC | 13,601.56 | 0.00 | 44.13 |
| 18 | Citibank, N.A. | 6,111.95 | 0.00 | 19.83 |
| 19 | Citibank, N.A. | 2,171.42 | 0.00 | 7.05 |
| 20 | Dealer Services Corporation | 32,757.56 | 0.00 | 106.28 |
| 21 | Portfolio Recovery Associates, LLC | 8,120.28 | 0.00 | 26.35 |
| 22U | First National Bank of Brookfield | 26,584.02 | 0.00 | 86.25 |
| 23 | Portfolio Recovery Associates LLC successor to | 32,700.04 | 0.00 | 106.10 |

Total to be paid for timely general unsecured claims:   $   10,390.69
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00


Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                   Case No. 12-25142-BWB
Michael D. Rakos                                                         Chapter 7
Sharon L. Rakos
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: kseldon                Page 1 of 5                   Date Rcvd: Aug 20, 2013
                              Form ID: pdf006              Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2013.
db/jdb        +Michael D. Rakos,    Sharon L. Rakos,    13225 Wood Duck Dr.,    Plainfield, IL 60585-7997
19066559       AT&T Universal Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
19066553      +Allied Interstate,    3000 Corporate Exchange Dr 5th Fl,     Columbus, OH 43231-7723
19066556       Ally,   PO Box 33128,    Detroit, MI 48232-5128
19066557       American Express,    PO Box 981535,    El Paso, TX 79998-1535
19513417       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19385382      +Atlas Acquisitions LLC  (HSBC Bank Nevada Natio),     294 Union St.,    Hackensack, NJ 07601-4303
19397616      +Atlas Acquisitions LLC  (US BANK),    294 Union St.,    Hackensack, NJ 07601-4303
19066560       Automotive Finance Corporation,     x/o Lifetime Motors, LLC,    13805 Hamilton Crossing Blvd,
                Carmel, IN 46032
19066561       Autotrader.com,    P.O. Box 932207,    Atlanta, GA 31193-2207
19066562       Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
19066563       Blatt, Hasenmiller, Leibsker & Moor,     125 S. Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
19066564      +Bolingbrook Chevrolet, Inc.,     PO Box 44,   Plainfield, IL 60544-0044
19066567      +CACH, LLC,    P.O. Box 4477,    Beaverton, OR 97076-4401
19066580      ++CITIMORTGAGE,    5280 CORPORATE DRIVE,    BANKRUPTCY DEPARTMENT,    ATTENTION MC0023,
                FREDERICK MD 21703-8351
               (address filed with court: Citimortgage, Inc.,      1000 Technology Dr.,    Mail Station 420,
                O Fallon, MO 63368)
19066570      +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
19469257       Capital One Bank (USA), N.A.,     PO Box 71083,   Charlotte, NC  28272-1083
19066574       Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
19066577       Citi Cards,    PO Box 6077,    Sioux Falls, SD 57117-6077
19066578      +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
19066579       Citibank,    PO Box 769006,    San Antonio, TX 78245-9006
19066581      +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
19066584      +Dealer Track,    1111 Marcus Ave., Suite M04,    New Hyde Park, NY 11042-1034
19066593      +Estate of Anthony Rakos, deceased,     c/o Attorney Adalbert L. Vlazny III,
                608 S. Washington St., #207,    Naperville, IL 60540-6657
19449479     +++FIA CARD SERVICES NA as successor in interest to,     Bank of America NA (USA)& MBNA,
                4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19066612      +First Midwest Bank,    300 Park Blvd,    Suite 400,    Itasca, IL 60143-2682
19066606      +First Midwest Bank,    C/O Kavanagh Grumley & Gorbold LLC,     111 N Ottawa Street,
                Joliet, IL 60432-4229
19066613      +First National Bank of Brookfield,     1770 N Park Suite 200,    Naperville, IL 60563-1245
19066615       GC Services Limited Partnership,     PO Box 2667(057),    Houston, TX 77252-2667
19066618       HSBC Bank Nevada,    P.O. Box 37281,    Baltimore, MD 21297-3281
19066619       HSBC Card Services,    PO Box 80082,    Salinas, CA 93912-0082
19066616      +Hauselman, Rappin & Olswang, LTD.,     39 South LaSalle St.,    Chicago, IL 60603-1720
19066617       Home Depot Credit Services,     PO Box 688966,   Des Moines, IA 50368-8966
19066621      +IAG IL Auto Group,    9501 W. 144th Place-Suite 202,     Orland Park, IL 60462-2563
19066622      +John C. Bonewicz, P.C.,    350 N Orleans St,    Suite 300,    Chicago, IL 60654-1607
19066623      +Kavanagh Grumley & Gorbold,    c/o Bryan W. Kopman,     111 North Otawa Street,
                Joliet, IL 60432-4229
19066627      +Kavanagh Grumley & Gorbold, LLC,     111 North Ottawa Street,    Joliet, IL 60432-4229
19066624      +Kavanagh Grumley & Gorbold, LLC,     c/o Bryan W. Kopman,    111 North Ottawa Street,
                Joliet, IL 60432-4229
19066628      +Kavanagh, Grumley & Gorbold, LLC,     C/oBryan W. Kopman,    111 North Ottawa Street,
                Joliet, IL 60432-4229
19066631      +Law Offices of Brian J. Ferber, Inc,     5611 Fallbrook Ave.,    Woodland Hills, CA 91367-4243
19066632      +Lifetime Motors LLC,    P.O. Box 44,    Plainfield, IL 60544-0044
19066635       Lifetime Motors, LLC,    d/b/a Bolingbrook Motors,     Bolingbrook, IL 60440
19066634      +Lifetime Motors, LLC,    d/b/a Bolingbrook Motors,     502 S. Bolingbrook Dr,
                Bolingbrook, IL 60440-3504
19932094       Midland Funding LLC,    By its authorized agent Recoser, LLC,     25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
19066645      +NCO,   PO Box 1099,    Langhorne, PA 19047-6099
19066644      +Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
19728592      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,      c/o Us Bank,    POB 41067,
                Norfolk VA 23541)
19066652      +Phillips & Cohen Assoc,    1002 Justison St,    Wilmington, DE 19801-5148
19066653      +Phillps & Cohen Associates, Ltd.,     Mailstop 640 1002 Justison St,    Wilmington, DE 19801-5148
19738937     +++Portfolio Recovery Associates LLC successor to,     US Bank National Association ND,    POB 41067,
                Norfolk VA 23541-1067
19066654       Receivable Mangagemen Service,     P.O. Box 4647,   Lutherville Timonium, MD 21094-4647
19066658       Specialized Loan Services, Inc,     P.O. Box 636005,    Littleton, CO 80163-6005
19066659      +The Pomykala Group, LLC,    C/O Scott C Kuntz Esq,     900 E Northwest Hwy,
                Mount Prospect, IL 60056-3444
19452351      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK N.A.,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
19066666       US Bank,    PO Box 5227,    Cincinnati, OH 45202-5227
```

```
District/off: 0752-1           User: kseldon              Page 2 of 5                  Date Rcvd: Aug 20, 2013
                               Form ID: pdf006            Total Noticed: 84


19066662     +US Bank,   Two Meridian Crossing,   Minneapolis, MN 55423-3963
19066671      US Bank,   PO Box 6353,   Fargo, ND 58126-6353
19066661     +Universal Warranty Corporation,   P.O. Box 802528,   Chicago, IL 60680-2528
19066675     +Will County Treasurer,   Steve Weber, CPA,   P.O. Box 5000,   Joliet, IL 60434-5000
19066677     +Zurich Direct-ASM,   4457 Paysphere Circle,   Chicago, IL 60674-0044
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19066555     +E-mail/Text: ally@ebn.phinsolutions.com Aug 21 2013 01:54:37     Ally,   15303 94th Ave,
               Orland Park, IL 60462-3825
19178828     +E-mail/Text: bnc@atlasacq.com Aug 21 2013 01:55:25     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
19168992     +E-mail/Text: bankruptcy@autofinance.com Aug 21 2013 01:55:31
               Automotive Finance Corporation aka AFC,   13085 Hamilton Crossing Blvd.,   Suite 300,
               Carmel, IN 46032-1431
19594379      E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2013 02:05:56
               Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19066568     +E-mail/Text: cms-bk@cms-collect.com Aug 21 2013 01:55:55     Capital Management Service,
               726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
19066569     +E-mail/Text: cms-bk@cms-collect.com Aug 21 2013 01:55:55     Capital Management Services LP,
               726 Exchange St.,   Suite #700,   Buffalo, NY 14210-1464
19066573      E-mail/Text: collections@bluelynxmedia.com Aug 21 2013 02:00:03     Cars.com,
               14839 Collection Centers Drive,   Chicago, IL 60693-0148
19650020      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2013 02:03:28     Citibank, N.A.,
               c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK 73124-8840
19066582      E-mail/Text: legalcollections@comed.com Aug 21 2013 01:53:20     Com Ed,   Bill Payment Center,
               Chicago, IL 60668-0001
19066583     +E-mail/Text: bankruptcy@discoverdsc.com Aug 21 2013 01:54:25     Dealer Services Corporation,
               Gary M Hoke, Senior Litigatin Counsel,   1320 City Center Drive Suite 100,
               Carmel, IN 46032-3816
19398524      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2013 02:03:31     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19066585      E-mail/Text: mrdiscen@discoverfinancial.com Aug 21 2013 02:03:31     Discover Card,   PO box 30421,
               Salt Lake City, UT 84130-0421
19066605      E-mail/Text: data_processing@fin-rec.com Aug 21 2013 01:55:55
               Financial Recovery Services, Inc.,   PO Box 385908,   Minneapolis, MN 55438-5908
19066607     +E-mail/Text: fmb.bankruptcy@firstmidwest.com Aug 21 2013 01:59:28     First Midwest Bank,
               One Pierce Place,   Suite 1500,   Itasca, IL 60143-1254
19397801      E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2013 02:04:31     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19066614     +E-mail/Text: bankruptcy@discoverdsc.com Aug 21 2013 01:54:25     Gary M. Hoke,
               1320 City Center Drive,   Suite 100,   Carmel, IN 46032-3816
19066620     +E-mail/Text: Bankruptcy@icsystem.com Aug 21 2013 01:57:52     I.C. System, Inc.,   444 Highway 96,
               Saint Paul, MN 55127-2557
19066643     +E-mail/Text: bknotices@mbandw.com Aug 21 2013 02:00:08     McCarthy, Burgess & Wolff,
               26000 Cannon Road,   Bedford, OH 44146-1807
19932095      E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2013 02:05:56
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
19066655      E-mail/Text: ikonmgr@rubin-levin.net Aug 21 2013 01:51:11     Rubin & Levin, P.C.,
               500 Marott Center,   342 Massachusetts Ave,   Indianapolis, IN 46204-2161
19066657      E-mail/Text: dleadley@ameritech.net Aug 21 2013 01:58:29     Solomon & Leadley,
               320 East Indian Trail,   Aurora, IL 60505-1787
19495999     +E-mail/Text: collections@bluelynxmedia.com Aug 21 2013 02:00:03
               Tribune Company d/b/a Tribune Media Group,   c/o Blue Lynx Media,
               2501 S State Hwy 121 Bus #800B,   Lewisville TX 75067-8229
19066660     +E-mail/Text: bnc@ursi.com Aug 21 2013 01:55:28     United Recovery Systems,
               5800 North Course Dr,   Houston, TX 77072-1613
19066674      E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2013 02:02:29     Walmart/GECRB,
               GE Capital Retail Bank,   PO Box 965023,   Orlando, FL 32896-5023
                                                                                             TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19066588      Estate of Anthony Rako, deceased,   see address above
19066589      Estate of Anthony Rako, deceased,   see address above
19066590      Estate of Anthony Rako, deceased,   see address above
19066591      Estate of Anthony Rako, deceased,   see address above
19066592      Estate of Anthony Rako, deceased,   see address above
19066594      Estate of Anthony Rakos, deceased,   see above
19066600      Estate of Anthony Rakos, deceased,   see address above
19066603      Estate of Anthony Rakos, deceased,   see address above
19066601      Estate of Anthony Rakos, deceased,   see addess above
19066595      Estate of Anthony Rakos, deceased,   see above address
19066596      Estate of Anthony Rakos, deceased,   see above address
19066597      Estate of Anthony Rakos, deceased,   see above address
19066598      Estate of Anthony Rakos, deceased,   see above address
19066599      Estate of Anthony Rakos, deceased,   see above address
19066602      Estate of Anthony Rakos, deceased,   see above address
19066604      Estate of Anthony Rakso, deceased,   see address above
19066629      Lakelands Publishing Group, LLC
```

```
District/off: 0752-1          User: kseldon              Page 3 of 5                   Date Rcvd: Aug 20, 2013
                              Form ID: pdf006            Total Noticed: 84


            ***** BYPASSED RECIPIENTS (continued) *****
19066630      Lakelands Publishing Group, LLC
19066642      Lifetime MOtors, LLC.,   Address above
19066639      Lifetime Motors, LLC,   Address Above
19066641      Lifetime Motors, LLC.,    Address above
19066646      No Strings Attached Entertainment G,    c/o Michael Rakos
19066647      No Strings Attached Entertainment G,    c/o Michael Rakos
19066648      No Strings Attached Entertainment G,    c/o Michael Rakos
19066649      No Strings Attached Entertainment G,    c/o Michael Rakos
19066650      No Strings Attached Entertainment G,    c/o Michael Rakos
19066651      No Strings Attached Entertainment G,    c/o Michael Rakos
19066656      Scott C Kuntz,    900 E Northwest Hwy
19066554*     Allied Interstate,    PO Box 6123,   Carol Stream, IL 60197-6123
19066565*    +Bolingbrook Chevrolet, Inc.,    PO Box 44,   Plainfield, IL 60544-0044
19066566*    +Bolingbrook Chevrolet, Inc.,    PO Box 44,   Plainfield, IL 60544-0044
19066571*     Capital One Bank,    PO Box 30285,   Salt Lake City, UT 84130-0285
19066572*     Capital One Bank,    PO Box 30285,   Salt Lake City, UT 84130-0285
19066575*     Chase Card Services,    PO Box 15298,   Wilmington, DE 19850-5298
19066576*     Chase Card Services,    PO Box 15298,   Wilmington, DE 19850-5298
19066586*     Discover Card,   PO Box 30421,   Salt Lake City, UT 84130-0421
19066587*    +Discover Card,   PO Box 30421,   Salt Lake City, UT 84130-0421
19066608*    +First Midwest Bank,    One Pierce Place,   Suite 1500,    Itasca, IL 60143-1254
19066609*    +First Midwest Bank,    One Pierce Place,   Suite 1500,    Itasca, IL 60143-1254
19066610*    +First Midwest Bank,    One Pierce Place,   Suite 1500,    Itasca, IL 60143-1254
19066611*    +First Midwest Bank,    One Pierce Place,   Suite 1500,    Itasca, IL 60143-1254
19066625*    +Kavanagh Grumley & Gorbold, LLC,    c/o Bryan W. Kopman,    111 North Ottawa Street,
               Joliet, IL 60432-4229
19066626*    +Kavanagh Grumley & Gorbold, LLC,    c/o Bryan W. Kopman,    111 North Ottawa Street,
               Joliet, IL 60432-4229
19066636*     Lifetime Motors, LLC,    d/b/a Bolingbrook Motors,    Bolingbrook, IL 60440
19066637*     Lifetime Motors, LLC,    d/b/a Bolingbrook Motors,    Bolingbrook, IL 60440
19066638*    +Lifetime Motors, LLC,    P.O. Box 44,   Plainfield, IL 60544-0044
19066640*    +Lifetime Motors, LLC.,    P.O. Box 44,   Plainfield, IL 60544-0044
19066664*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 1800,    Saint Paul, MN 55101-0800)
19066673*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 2188,    Oshkosh, WI 54903)
19066665*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 6352,    Fargo, ND 58125-6352)
19066663*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 6353,    Fargo, ND 58125-6353)
19066667*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 6353,    Fargo, ND 58125-6353)
19066668*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 6353,    Fargo, ND 58125-6353)
19066669*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 6353,    Fargo, ND 58125-6353)
19066670*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 6353,    Fargo, ND 58125-6353)
19066672*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 6353,    Fargo, ND 58125-6353)
19066676*    +Will County Treasurer,    Steve Weber, CPA,    P.O. Box 5000,   Joliet, IL 60434-5000
19066552     ##Allied Interstate,    PO Box 6123,   Carol Stream, IL 60197-6123
19066558     ##+Anthony E. Rakos & Dorothy L. Rakos,    As Trustees for AD Rakos Trust,    1124 Kinsie Court,
               Naperville, IL 60540-8105
19066633     ##+Lifetime Motors, LLC,    16300 S Lincoln Hwy,   Plainfield, IL 60586-5152
                                                                                  TOTALS: 28, * 29, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: kseldon              Page 4 of 5                Date Rcvd: Aug 20, 2013
                               Form ID: pdf006            Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2013**            **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: kseldon              Page 5 of 5                   Date Rcvd: Aug 20, 2013
                              Form ID: pdf006            Total Noticed: 84
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2013 at the address(es) listed below:

```
          Elizabeth A. Bates    on behalf of Defendant Michael D Rakos ebates@springerbrown.com
          Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Kent A Gaertner    on behalf of Joint Debtor Sharon L. Rakos kgaertner@springerbrown.com,
           kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
          Kent A Gaertner    on behalf of Debtor Michael D. Rakos kgaertner@springerbrown.com,
           kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
          Matthew Johns    on behalf of Plaintiff    Automotive Finance Corporation
           mjohns@thompsoncoburn.com,   vbedgood@thompsoncoburn.com
          Megan A Drefchinski    on behalf of Creditor    First National Bank of Brookfield
           mdrefchinski@collinslaw.com,   ktaylor@collinslaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Rappin    on behalf of Creditor    CITIMORTGAGE, INC. dolswang@hrolaw.com,
           rarredondo@hrolaw.com
          Thomas B Sullivan    tsullivan@wfactorlaw.com,   IL19@ecfcbis.com
                                                                                             TOTAL: 9
```