**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RAKOS, MICHAEL § Case No. 12-25142-BWB
RAKOS, SHARON §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $912,554.00          Assets Exempt: $40,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,390.69     Claims Discharged
                                                Without Payment: $3,192,112.91

Total Expenses of Administration: $2,003.03

---

3) Total gross receipts of $ 12,393.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,393.72 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $100,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,003.03 | 2,003.03 | 2,003.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,202,503.60 | 3,202,503.60 | 10,390.69 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,304,506.63 | $3,204,506.63 | $12,393.72 |

4) This case was originally filed under Chapter 7 on June 22, 2012. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2013          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| POSSIBLE INHERITANCE/CD FATHER'S ESTATE | 1129-000 | 12,393.72 |
| **TOTAL GROSS RECEIPTS** | | **$12,393.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22S | First National Bank of Brookfield | 4110-000 | N/A | 100,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$100,000.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,989.37 | 1,989.37 | 1,989.37 |
| Rabobank, N.A. | 2600-000 | N/A | 13.66 | 13.66 | 13.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,003.03** | **$2,003.03** | **$2,003.03** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Automotive Finance Corporation aka AFC | 7100-000 | N/A | 103,423.65 | 103,423.65 | 335.56 |
| 2 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | 7100-000 | N/A | 372.04 | 372.04 | 1.21 |
| 3 | Atlas Acquisitions LLC (US BANK) | 7100-000 | N/A | 6,656.99 | 6,656.99 | 21.60 |
| 4 | Midland Funding LLC | 7100-000 | N/A | 1,832.87 | 1,832.87 | 5.95 |
| 5 | Discover Bank | 7100-000 | N/A | 12,646.00 | 12,646.00 | 41.03 |
| 6 | Discover Bank | 7100-000 | N/A | 8,830.63 | 8,830.63 | 28.65 |
| 7 | Discover Bank | 7100-000 | N/A | 26,548.86 | 26,548.86 | 86.14 |
| 8 | FIA CARD SERVICES NA as successor in interest to | 7100-000 | N/A | 47,951.34 | 47,951.34 | 155.58 |
| 9 | US BANK N.A. | 7100-000 | N/A | 7,577.87 | 7,577.87 | 24.59 |
| 10 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 10,727.56 | 10,727.56 | 34.81 |
| 11 -2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 6,271.00 | 6,271.00 | 20.35 |
| 12 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 18,415.56 | 18,415.56 | 59.75 |
| 13 | First Midwest Bank | 7100-000 | N/A | 2,786,082.60 | 2,786,082.60 | 9,039.58 |
| 14 | Tribune Company d/b/a Tribune Media Group | 7100-000 | N/A | 5,000.00 | 5,000.00 | 16.22 |
| 15 | American Express Bank, FSB | 7100-000 | N/A | 27,042.20 | 27,042.20 | 87.74 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | The Pomykala Group, LLC | 7100-000 | N/A | 11,077.60 | 11,077.60 | 35.94 |
| 17 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | N/A | 13,601.56 | 13,601.56 | 44.13 |
| 18 | Citibank, N.A. | 7100-000 | N/A | 6,111.95 | 6,111.95 | 19.83 |
| 19 | Citibank, N.A. | 7100-000 | N/A | 2,171.42 | 2,171.42 | 7.05 |
| 20 | Dealer Services Corporation | 7100-000 | N/A | 32,757.56 | 32,757.56 | 106.28 |
| 21 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 8,120.28 | 8,120.28 | 26.35 |
| 22U | First National Bank of Brookfield | 7100-000 | N/A | 26,584.02 | 26,584.02 | 86.25 |
| 23 | Portfolio Recovery Associates LLC successor to | 7100-000 | N/A | 32,700.04 | 32,700.04 | 106.10 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,202,503.60 | $3,202,503.60 | $10,390.69 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-25142-BWB  
**Case Name:** RAKOS, MICHAEL  
RAKOS, SHARON  
**Period Ending:** 11/12/13

**Trustee:**  (330180)  THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/22/12 (f)  
**§341(a) Meeting Date:** 07/19/12  
**Claims Bar Date:** 11/28/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 13225 WOOD DUCK DRIVE, PLAINFIELD | 900,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 3 | BMO HARRIS BANK | 200.00 | 0.00 | | 0.00 | FA |
| 4 | BMO HARRIS | 900.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | NW MUTUAL INS POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 8 | NW MUTUAL LIFE INS POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 9 | DREAMREHOLDINGS INC. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | BOLINGBROOK CHEVROLET INC. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | LAKELAND PUBLISHING GROUP LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12 | NO STRINGS ATTACHED ENTERTAINMENT GROUP LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | LIFETIME MOTORS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2010 TAX REFUND | 754.00 | 0.00 | | 0.00 | FA |
| 15 | 2001 SATURN SL2 | 2,000.00 | 0.00 | | 0.00 | FA |
| 16 | 18' PLAYBUOY PONTOON BOATS | 4,000.00 | 2,554.00 | | 0.00 | FA |
| 17 | POSSIBLE INHERITANCE/CD FATHER'S ESTATE | Unknown | Unknown | | 12,393.72 | FA |
| **17** | **Assets**  **Totals** (Excluding unknown values) | **$912,554.00** | **$2,554.00** | | **$12,393.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

CORRESPONDING WITH BROOKFIELD BANK REGARDING POSSIBLE DEBTOR'S INTEREST IN FATHER'S ESTATE

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013        **Current Projected Date Of Final Report (TFR):**   August 19, 2013  (Actual)

Printed: 11/12/2013 12:03 PM     V.13.13

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-25142-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| **Case Name:** | RAKOS, MICHAEL | **Bank Name:** | Rabobank, N.A. |
| | RAKOS, SHARON | **Account:** | ****214066 - Checking Account |
| **Taxpayer ID #:** | **-***8624 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/12/13 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/03/13 | {17} | FIRST NATIONAL BANK OF BROOKFIELD | SETTLEMENT PER ORDER OF 6/21/13 | 1129-000 | 12,393.72 | | 12,393.72 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.66 | 12,380.06 |
| 09/23/13 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,989.37, Trustee Compensation;  Reference: | 2100-000 | | 1,989.37 | 10,390.69 |
| 09/23/13 | 102 | Automotive Finance Corporation aka AFC | Dividend paid   0.32% on $103,423.65; Claim# 1; Filed: $103,423.65; Reference: | 7100-000 | | 335.56 | 10,055.13 |
| 09/23/13 | 103 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | Dividend paid   0.32% on $372.04; Claim# 2; Filed: $372.04; Reference: | 7100-000 | | 1.21 | 10,053.92 |
| 09/23/13 | 104 | Atlas Acquisitions LLC (US BANK) | Dividend paid   0.32% on $6,656.99; Claim# 3; Filed: $6,656.99; Reference: | 7100-000 | | 21.60 | 10,032.32 |
| 09/23/13 | 105 | Midland Funding LLC | Dividend paid   0.32% on $1,832.87; Claim# 4; Filed: $1,832.87; Reference: | 7100-000 | | 5.95 | 10,026.37 |
| 09/23/13 | 106 | Discover Bank | Dividend paid   0.32% on $12,646.00; Claim# 5; Filed: $12,646.00; Reference: | 7100-000 | | 41.03 | 9,985.34 |
| 09/23/13 | 107 | Discover Bank | Dividend paid   0.32% on $8,830.63; Claim# 6; Filed: $8,830.63; Reference: | 7100-000 | | 28.65 | 9,956.69 |
| 09/23/13 | 108 | Discover Bank | Dividend paid   0.32% on $26,548.86; Claim# 7; Filed: $26,548.86; Reference: | 7100-000 | | 86.14 | 9,870.55 |
| 09/23/13 | 109 | FIA CARD SERVICES NA as successor in interest to | Dividend paid   0.32% on $47,951.34; Claim# 8; Filed: $47,951.34; Reference: | 7100-000 | | 155.58 | 9,714.97 |
| 09/23/13 | 110 | US BANK N.A. | Dividend paid   0.32% on $7,577.87; Claim# 9; Filed: $7,577.87; Reference: | 7100-000 | | 24.59 | 9,690.38 |
| 09/23/13 | 111 | Capital One Bank (USA), N.A. | Dividend paid   0.32% on $10,727.56; Claim# 10; Filed: $10,727.56; Reference: | 7100-000 | | 34.81 | 9,655.57 |
| 09/23/13 | 112 | Capital One Bank (USA), N.A. | Dividend paid   0.32% on $6,271.00; Claim# 11 -2; Filed: $6,271.00; Reference: | 7100-000 | | 20.35 | 9,635.22 |
| 09/23/13 | 113 | Capital One Bank (USA), N.A. | Dividend paid   0.32% on $18,415.56; Claim# 12; Filed: $18,415.56; Reference: | 7100-000 | | 59.75 | 9,575.47 |
| 09/23/13 | 114 | First Midwest Bank | Dividend paid   0.32% on $2,786,082.60; Claim# 13; Filed: $2,786,082.60; Reference: | 7100-000 | | 9,039.58 | 535.89 |
| 09/23/13 | 115 | Tribune Company d/b/a Tribune Media Group | Dividend paid   0.32% on $5,000.00; Claim# 14; Filed: $5,000.00; Reference: | 7100-000 | | 16.22 | 519.67 |
| 09/23/13 | 116 | American Express Bank, FSB | Dividend paid   0.32% on $27,042.20; Claim# 15; Filed: $27,042.20; Reference: | 7100-000 | | 87.74 | 431.93 |
| 09/23/13 | 117 | The Pomykala Group, LLC | Dividend paid   0.32% on $11,077.60; Claim# 16; Filed: $11,077.60; Reference: | 7100-000 | | 35.94 | 395.99 |
| 09/23/13 | 118 | Bureaus Investment Group Portfolio No 15 LLC | Dividend paid   0.32% on $13,601.56; Claim# 17; Filed: $13,601.56; Reference: | 7100-000 | | 44.13 | 351.86 |
| | | | Subtotals : | | $12,393.72 | $12,041.86 | |

{} Asset reference(s)

Printed: 11/12/2013 12:03 PM   V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-25142-BWB  
**Case Name:** RAKOS, MICHAEL  
RAKOS, SHARON  
**Taxpayer ID #:** **-***8624  
**Period Ending:** 11/12/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****214066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/23/13 | 119 | Citibank, N.A. | Dividend paid 0.32% on $6,111.95; Claim# 18; Filed: $6,111.95; Reference: | 7100-000 | | 19.83 | 332.03 |
| 09/23/13 | 120 | Citibank, N.A. | Dividend paid 0.32% on $2,171.42; Claim# 19; Filed: $2,171.42; Reference: | 7100-000 | | 7.05 | 324.98 |
| 09/23/13 | 121 | Dealer Services Corporation | Dividend paid 0.32% on $32,757.56; Claim# 20; Filed: $32,757.56; Reference: | 7100-000 | | 106.28 | 218.70 |
| 09/23/13 | 122 | Portfolio Recovery Associates, LLC | Dividend paid 0.32% on $8,120.28; Claim# 21; Filed: $8,120.28; Reference: | 7100-000 | | 26.35 | 192.35 |
| 09/23/13 | 123 | First National Bank of Brookfield | Dividend paid 0.32% on $26,584.02; Claim# 22U; Filed: $26,584.02; Reference: | 7100-000 | | 86.25 | 106.10 |
| 09/23/13 | 124 | Portfolio Recovery Associates LLC successor to | Dividend paid 0.32% on $32,700.04; Claim# 23; Filed: $32,700.04; Reference: | 7100-000 | | 106.10 | 0.00 |

| | | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 12,393.72 | 12,393.72 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 12,393.72 | 12,393.72 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | $12,393.72 | $12,393.72 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****214066** | 12,393.72 | 12,393.72 | 0.00 |
| | $12,393.72 | $12,393.72 | $0.00 |

November 12, 2013  
Date

/s/ THOMAS B. SULLIVAN, TRUSTEE  
THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)            Printed: 11/12/2013 12:03 PM    V.13.13